

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2016

No. 04-16-00018-CV

Ronald **RIFE**, Mary Kathryn Hampton, Individually and as Administratix of the Estate of
Randall Rife, deceased,
Appellants

v.

Joseph **KERR**, James Drought, Robert Lee Bobbit, Jr., Nancy Northway Gill, Lynn Northway
Swanson, Nancy Northway Gill and Lynn Northway Swanson as Independent Co-Executor of
the Estate of William Northway, Jr., Et al.,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 14-06-12292-DCV
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

Appellees' unopposed motion for leave to file a post-submission letter brief is granted.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 4th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court